IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 97-58-1-SLR |
| | : | |
| MICHAEL D'AGUIAR, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S MOTION FOR
RETROACTIVE COCAINE BASE SENTENCING REDUCTION

AND NOW comes the defendant, Michael D'Aguiar, by his attorney Edson A. Bostic, Federal Public Defender, and pursuant to 18 U.S.C. § 3582(c)(2), files this Motion for Retroactive Cocaine Base Sentencing Reduction.

In support of this motion, Mr. D'Aguiar avers as follows:

1. By written report dated February 12, 2008, the United States Probation Office determined that defendant, Michael D'Aguiar, qualifies for the two-level guideline reduction, and that application of the two-level reduction produces a revised Guideline range of 135 to 168-months imprisonment.

2. On February 20, 2008, the Probation Office represented to defense counsel that the United States Attorney's Office would not oppose application of the two-level reduction.

3. With the agreement of the client, defense counsel waives an evidentiary hearing, concurs in the Probation Officer's written report, and requests that the District Court consider a sentence of 135-months imprisonment.

      WHEREFORE, it is respectfully requested that Mr. D'Aguiar's Motion for Retroactive Cocaine Base Sentencing Reduction be GRANTED.

                                            Respectfully submitted,

                                            _/s/_____
                                            Edson A. Bostic
                                            Federal Public Defender

                                            Attorney for Defendant D'Aguiar

Federal Public Defender's Office
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com

Date:  February 21, 2008