◆AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| United States of America | ) |
|---|---|
| v. | ) |
| Michael D'Aguiar | ) Case No: 1:97CR00058-001 (SLR) |
|  | ) USM No: 03958-015 |
| Date of Previous Judgment: December 8, 1997 | ) Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  168  months **is reduced to**  Time Served  .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| Previous Offense Level: | 33 | Amended Offense Level: | 31 |
|---|---|---|---|
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 168 to 210 months | Amended Guideline Range: | 135 to 168 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.

☐ Other (explain):   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  12/8/1997  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   March 3, 2008

_____
Judge's signature

Effective Date: March 3, 2008
(if different from order date)

Sue L. Robinson, U.S. D.J.
Printed name and title